Prepared by State Reporter from Appeal Papers

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of ANNA DALY, Appellant, *v.* UNITED STATES TRUCKING COMPANY, Respondent.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — claim dismissed for lack of evidence as to cause of accident or that it arose out of employment.*

*Matter of Daly* v. *U. S. Trucking Co.*, 221 App. Div. 808, affirmed, (Argued March 27, 1928; decided April 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1927, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and dismissing the claim. Claimant's son died from injuries resulting from a fall from a horse-drawn truck which he was driving in the course of his employment. The Appellate Division dismissed the claim on the ground that there was no explanation of what caused decedent to fall from his truck nor any evidence that the accident arose out of the employment.

*Julius L. Rassner, Lloyd B. Kanter* and *Oscar A. Lewis* for appellant.

*Paul Koch* for respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.